IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>The State of Arizona; and Janice K Brewer, Governor of the State of Arizona, in her Official Capacity,<br><br>　　　　Defendants. | No. 02:10-cv-1413-NVW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

This matter is before the Court on Plaintiff's Motion for a Preliminary Injunction. Having considered the motion, including Plaintiff's Memorandum of Law and Defendants' opposition thereto, and having further considered: (1) the likelihood that the United States will succeed on the merits of its claims; (2) the likelihood that the United States will suffer irreparable injury absent an injunction; (3) whether injunctive relief would substantially harm Defendants; and (4) whether the public interest would be furthered by an injunction, this Court concludes that Plaintiff is entitled to preliminary injunctive relief.

**THEREFORE**, pursuant to Federal Rule of Civil Procedure 65, Plaintiff's Motion is GRANTED. Defendants are hereby enjoined from enforcing Sections 1-6 of Arizona's S.B. 1070 (as amended by H.B. 2162), until such time as the Court enters judgment on the United States' claims for relief.