Tony West
Assistant Attorney General
Dennis K. Burke
United States Attorney
Arthur R. Goldberg
Assistant Director, Federal Programs Branch
Varu Chilakamarri (NY Bar #4324299)
Joshua Wilkenfeld (NY Bar #4440681)
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel.  (202) 616-8489/Fax (202) 616-8470
varudhini.chilakamarri@usdoj.gov
*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roberto Javier Frisancho,<br><br>Plaintiff,<br><br>v.<br><br>Jan Brewer, in her official capacity as Governor of the State of Arizona; Terry Goddard, in his official capacity, as Attorney General of the State of Arizona,<br><br>Defendants. | No. 2:10-cv-00926-SRB<br><br>No. 2:10-cv-01413-NVW<br><br>**UNITED STATES OF AMERICA'S MOTION TO TRANSFER** |

Pursuant to LRCiv 42.1(a), the United States of America ("United States") moves to transfer the related case of *United States of America v. State of Arizona, et al.*, No. 2:10-cv-01413-NVW ("*United States*") filed on July 6, 2010 and pending before the Honorable Neil V. Wake, to this Court.

### I.     BACKGROUND OF RELATED CASES

The *United States* case challenges the constitutionality of the Arizona Senate Bill 1070, as amended by House Bill 2162 ("S.B. 1070").  In that regard it is substantially similar to the five prior actions asserting challenges to S.B. 1070. Those cases are: (1) *Martin H. Escobar v. Jan Brewer, et al.*, No. CV 10-249-TUC-SRB, filed on April 29, 2010; (2) *David Salgado v. Jan Brewer, et al.*, No. CV 10-951-PHX-SRB, filed April 29, 2010; (3) *National Coalition of Latino*

*Clergy and Christian Leaders v. State of Arizona, et al.*, No. CV 10-943-PHX-SRB, filed on April 29, 2010; and (4) *Friendly House, et al. v. Whiting, et al.*, No. CV 10-1061-PHX-SRB, filed on May 17, 2010.  Pursuant to the Court's Order (Dkt. 40) dated June 25, 2010, each of these cases are pending before this Court.

## II.   TRANSFER OF THE RELATED CASES IS APPROPRIATE

The Local Rules for this district provide that related cases may be transferred under the following circumstances:

> Any party may file a motion to transfer the case or cases involved to a single Judge whenever two or more cases are pending before different Judges and any party believes that such cases:  (1) arise from substantially the same transaction or event; (2) involve substantially the same parties or property; (3) involve the same patent, trademark, or copyright; (4) call for determination of substantially the same questions of law; or (5) for any other reason would entail substantial duplication of labor if heard by different Judges.

LRCiv 42.1(a).  Local Rule 42.1(a) also provides that, "[t]he motion shall be filed in the case with the lowest case number assigned to a District Judge who shall hear and decide the motion." In making a determination about which judge will be assigned the related cases, Local Rule 42.1 states that the following factors may be considered: "(1) whether substantive matters have been considered in a case; (2) which Judge has the most familiarity with the issues involved in the cases; (3) whether a case is reasonably viewed as the lead or principal case; or (4) any other factor serving the interest of judicial economy." LRCiv 42.1(d).

The United States submits that these factors weigh strongly in favor of transferring the *United States* case to this Court.  The United States is challenging the constitutionality of S.B. 1070, which arises from the same transaction or event challenged in the other cases. The *United States* case asserts claims against the State of Arizona and Governor Janice K. Brewer, in her official capacity, and both of these defendants are parties in some of the other cases. Further, briefing has begun in several of the cases pending before this Court and the transfer of the *United States* case to this Court would serve the interest of judicial economy.

### III.  CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court grant its Motion To Transfer.

DATED:  July 6, 2010

                Respectfully Submitted,

                Tony West
                Assistant Attorney General

                Dennis K. Burke
                United States Attorney

                Arthur R. Goldberg
                Assistant Director, Federal Programs Branch

                /s/ *Varu Chilakamarri*
                Varu Chilakamarri (NY Bar #4324299)
                Joshua Wilkenfeld (NY Bar #4440681)
                U.S. Department of Justice, Civil Division
                20 Massachusetts Avenue, N.W.
                Washington, DC  20530
                Tel.  (202) 616-8489/Fax (202) 616-8470
                varudhini.chilakamarri@usdoj.gov
                Attorneys for the United States

### CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2010, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Arizona's Electronic Document Filing System (ECF) and that the documents are available on the ECF system.

                /s/ *Varu Chilakamarri*
                Varu Chilakamarri