```
 1
 2
 3
 4
 5
 6                  IN THE UNITED STATES DISTRICT COURT
 7                       FOR THE DISTRICT OF ARIZONA
 8
 9  Roberto Javier Frisancho,            )  No. CV 10-926-PHX-SRB
                                         )
10              Plaintiff,                )  **ORDER**
                                         )
11  vs.                                   )
                                         )
12                                        )
    Janice K. Brewer, in her official capacity)
13  as Governor of the State of Arizona; Terry)
    Goddard, in his official capacity, as)
14  Attorney General of the State of Arizona,)
                                         )
15              Defendant.                )
                                         )
16  ─────────────────────────────────────  )  No. CV 10-1413-PHX-NVW
    United States of America,            )
17                                        )
                Plaintiff,                )
18                                        )
    vs.                                   )
19                                        )
    State of Arizona; Janice K. Brewer, in her)
20  official capacity as Governor of the State)
    of Arizona,                           )
21                                        )
                Defendants.               )
22  ─────────────────────────────────────  )
```

Plaintiff, the United States of America, having moved to transfer the case *United States of America v. State of Arizona, et al.,* CV 10-1413 PHX NVW ("*United States*) to this Court, and for good cause appearing,

IT IS ORDERED granting Plaintiff's Motion to Transfer [doc. 44 in CV 10-926 PHX SRB].

1       IT IS FURTHER ORDERED transferring CV 10-1413 PHX NVW to Judge
2  Susan R. Bolton for all further proceedings.  All future pleadings shall bear the following
3  case caption: CV 10-1413 PHX SRB.

                    DATED this 7th day of July, 2010.

                    _____
                           Susan R. Bolton
                        United States District Judge