

# The Florida Bar

651 East Jefferson Street
Tallahassee, Florida 32399-2300

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

In Re:  246220
Larry Elliot Klayman
P.O. Box 2788
Washington, DC

**C**  I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.
**O**
**P**  I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on December 7, 1977.
**Y**
I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 20th day of July, 2010.

*Willie Mae Shepherd* (signature)

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLW9/R10