Tony West
Assistant Attorney General
Dennis K. Burke
United States Attorney
Arthur R. Goldberg
Assistant Director, Federal Programs Branch
Varu Chilakamarri (NY Bar #4324299)
Joshua Wilkenfeld (NY Bar #4440681)
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel. (202) 616-8489/Fax (202) 616-8470
varudhini.chilakamarri@usdoj.gov
*Attorneys for the United States*

John J. Bouma (#001358)
Robert A. Henry (#015104)
Joseph G. Adams (#018210)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202
Phone:  (602) 382-6000
Fax:  (602) 382-6070
jbouma@swlaw.com
bhenry@swlaw.com
jgadams@swlaw.com

Joseph A. Kanefield (#015838)
Office of Governor Janice K. Brewer
1700 W. Washington, 9th Floor
Phoenix, AZ  85007
Phone:  (602) 542-1586
Fax:  (602) 542-7602
jkanefield@az.gov

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| The United States of America,<br><br>Plaintiff,<br><br>v.<br><br>The State of Arizona; and Janice K. Brewer, Governor of the State of Arizona, in her Official Capacity,<br><br>Defendants. | No. 2:10-cv-1413-PHX-SRB<br><br>**STIPULATION AND REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (FIRST REQUEST)** |

IT IS HEREBY STIPULATED, pursuant to LRCiv. 7.3, by and between the parties hereto, through their undersigned counsel, that Plaintiff shall receive a fourteen (14) day extension of time to August 26, 2010, to file its response to Defendants' Motion to Dismiss. This is the first stipulation seeking an extension of time.

Plaintiff's response to Defendants' Motion to Dismiss is currently due on August 12, 2010. The parties stipulate to an extension of time for two reasons. First, the parties are currently in discussions regarding scheduling of the various proceedings in light of the Defendants' recently filed appeal of this Court's Order on the United States' Motion for Preliminary Injunction. The Ninth Circuit has issued a scheduling order pursuant to which briefing and oral argument will be completed by the week of November 1, 2010. Second, owing to the press of other litigation matters and the schedules of various officials who are consulted on this matter, the United States' counsel requires additional time to have the United States' response completed and reviewed. Should this stipulation be approved, Plaintiff would not oppose a similar extension of time for Defendants' reply brief.

DATED: August 5, 2010

Respectfully Submitted,

Tony West
Assistant Attorney General

Dennis K. Burke
United States Attorney

Arthur R. Goldberg
Assistant Director, Federal Programs Branch

*/s/ Varu Chilakamarri*
Varu Chilakamarri (NY Bar #4324299)
Joshua Wilkenfeld (NY Bar #4440681)
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530

Tel. (202) 616-8489/Fax (202) 616-8470
varudhini.chilakamarri@usdoj.gov
*Attorneys for the United States*

*/s/   Joseph. G. Adams* (with permission)
John J. Bouma
Robert A. Henry
Joseph G. Adams
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202

Joseph A. Kanefield
Office of Governor Janice K. Brewer
1700 W. Washington, 9th Floor
Phoenix, AZ  85007

*Attorneys for Janice K. Brewer, Governor of the State of Arizona, and the State of Arizona*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

/s/   *Varu Chilakamarri*
Varu Chilakamarri