IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>The State of Arizona; and Janice K. Brewer, Governor of the State of Arizona, in her Official Capacity,<br><br>　　　　Defendants. | No. 2:10-cv-1413-PHX-SRB<br><br>**ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

Upon consideration of the Parties' Stipulation for an Extension of Time to Respond to Defendants' Motion to Dismiss, and good cause having been shown, this Court hereby ORDERS that:

The Stipulation is GRANTED, and Plaintiff may file its Response to Defendants' Motion to Dismiss on or before August 26, 2010.