IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>The State of Arizona; Janice K. Brewer, Governor of the State of Arizona, in her official capacity,<br><br>　　　　Defendants.<br><br>The State of Arizona; Janice K. Brewer, Governor of the State of Arizona, in her official capacity,<br><br>　　　　Counterclaimants,<br><br>vs.<br><br>The United States of America; the United States Department of Homeland Security; Janet Napolitano, Secretary of the United States Department of Homeland Security, in her official capacity; the United States Department of Justice; and Eric H. Holder, Jr., Attorney General for the United States Department of Justice, in his official capacity,<br><br>　　　　Counterdefendants. | No. CV 10-1413-PHX-SRB<br><br>**ORDER** |

1  The Court is in receipt of the Motion for leave to file an *amicus curiae* brief filed by the Minuteman Civil Defence [sic] Corps ("MCDC") (Doc. 164). The MCDC cites no law or rule permitting the filing of *amicus curiae* briefs in connection with motions such as the pending Motion to Dismiss the counterclaims in this case, and the Court is not aware of any such authority.

**IT IS THEREFORE ORDERED** denying the Minuteman Civil Defence [sic] Corps's Motion for leave to file an *amicus curiae* brief and striking the proposed brief from the docket (Doc. 164).

DATED this 24th day of June, 2011.

_____
Susan R. Bolton
United States District Judge