IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES

Phoenix Division

 CIV 10-1413-PHX-SRB     DATE: 7-28-11
Year    Case No.

HON: SUSAN R. BOLTON          Judge # 7026

United States of America           v. State of Arizona, et al.
Plaintiff(s)                          Defendant(s)

Deputy Clerk: Maureen Williams    Court Reporter: Liz Lemke

Varu Chilakamarri, Joshua Wilkenfeld, Michael Walker and Diana Varela
Plaintiff(s) counsel

G. Michael Tryon, Evan Hiller , Robert Henry and Marc Erpenbeck
Defense counsel

Geoffrey Kercsmar
Counsel for Intervenor Defendant Arizona State Legislature
========================================================================
**PROCEEDINGS**:   X  Open Court    _Chambers    _ SEALED

This is the time set for Hearing re: Counterdefendants' Motion to Dismiss Counterclaims [Doc. 154].  Argument held.

IT IS ORDERED taking under advisement Counterdefendants' Motion to Dismiss Counterclaims [Doc. 154].


Hearing length:    40 minutes