IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>State of Arizona; and Janice K. Brewer, Governor of the State of Arizona, in her Official Capacity,<br><br>　　　　Defendants. | No. CV 10-1413-PHX-SRB<br><br>**ORDER** |

　　　　The Supreme Court ruled on Defendants' appeal of this Court's entry of a preliminary injunction as to certain provisions of S.B. 1070 on June 25, 2012. *See Arizona v. United States*, 132 S. Ct. 2492 (2012). On August 8, 2012, the Ninth Circuit Court of Appeals issued its mandate, returning the case to this Court for "further proceedings consistent with the opinion and judgment of the Supreme Court." *See United States v. Arizona*, No. 10-16645, 2012 WL 3205612, at *1 (9th Cir. Aug. 8, 2012).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS ORDERED** directing the parties to file a stipulated proposed form of order to comply with the mandate of the Ninth Circuit Court of Appeals within 10 days of the date of entry of this Order. If the parties cannot stipulate, Defendants are directed to lodge a proposed form of order, to which Plaintiff may object.

DATED this 5th day of September, 2012.

_____
Susan R. Bolton
United States District Judge