John J. Bouma (#001358)
Robert A. Henry (#015104)
Joseph G. Adams (#018210)
Kelly A. Kszywienski (#025578)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
jbouma@swlaw.com
bhenry@swlaw.com
jgadams@swlaw.com
kkszywienski@swlaw.com

Joseph Sciarrotta, Jr. (#017481)
Office of Governor Janice K. Brewer
1700 W. Washington, 9th Floor
Phoenix, AZ 85007
Telephone: (602) 542-1586
Fax: (602) 542-7602
jsciarrotta@az.gov

*Attorneys for Defendants*

Thomas C. Horne (#002951)
Attorney General
Michael Tryon (#003109)
Senior Litigation Counsel
Evan Hiller (#028214)
Assistant Attorney General
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542- 5025
tom.horne@azag.gov
michael.tryon@azag.gov
evan.hiller@azag.gov

*Attorneys for Defendant the State of Arizona*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The United States of America,<br><br>Plaintiff,<br><br>v.<br><br>The State of Arizona; and Janice K. Brewer, Governor of the State of Arizona, in her Official Capacity,<br><br>Defendants. | No. 10-CV-01413-PHX-SRB<br><br>**STIPULATION REGARDING THE PRELIMINARY INJUNCTION OF SECTIONS 2(B), 3, 5(C), AND 6 OF S.B. 1070** |

Pursuant to this Court's Order of September 5, 2012, ECF No. 178, Defendants the State of Arizona and Governor Janice K. Brewer, Plaintiff United States of America, and Intervenor Defendant the Arizona State Legislature jointly stipulate and request that the Court enter the attached proposed form of order modifying the preliminary injunction the Court entered on July 28, 2010, ECF No. 87, consistent with the U.S.

Supreme Court's ruling in *Arizona v. United States*, 132 S. Ct. 2492 (2012).[1]

DATED this 17th day of September, 2012.

        SNELL & WILMER L.L.P.

By: s/ John J. Bouma
    John J. Bouma
    Robert A. Henry
    Joseph G. Adams
    Kelly A. Kszywienski
    One Arizona Center
    400 E. Van Buren
    Phoenix, AZ 85004-2202

    and

By s/ Joseph Sciarrotta, Jr., *with permission*
    Joseph Sciarrotta, Jr.
    Office of Governor Janice K. Brewer
    1700 W. Washington, 9th Floor
    Phoenix, AZ 85007

*Attorneys for the State of Arizona and Janice K. Brewer, Governor of the State of Arizona*

and

By: s/ Michael Tryon, *with permission*
    Thomas C. Horne
    Attorney General
    Michael Tryon
    Senior Litigation Counsel
    Evan Hiller
    Assistant Attorney General
    1275 West Washington Street
    Phoenix, Arizona 85007-2926

*Attorneys for the State of Arizona*

and

---

[1] In addition, the parties will meet and confer about remaining claims in the United States' Complaint, including the challenge to A.R.S. § 13-2319 (as amended by Section 4 of S.B. 1070). The parties will advise the Court as soon as practicable on how they wish to proceed on any remaining claims.

Snell & Wilmer L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

By: s/ C. Lee Reeves, *with permission*
    Stuart F. Delery
    Arthur R. Goldberg
    C. Lee Reeves
    U.S. Department of Justice, Civil Division
    20 Massachusetts Avenue, N.W.
    Washington, DC 20530

*Attorneys for the United States*

and

By: s/ Gregory G. Jernigan, *with permission*
    Gregory G. Jernigan
    Peter Andrew Gentala
    Arizona State Legislature
    1700 West Washington Street
    Phoenix, AZ  85007

*Attorneys for the Arizona State Legislature*

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2012, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

s/ John J. Bouma

15769926