# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The United States of America,<br><br>Plaintiff,<br><br>v.<br><br>The State of Arizona; and Janice K. Brewer, Governor of the State of Arizona, in her Official Capacity,<br><br>Defendants. | No. 10-CV-01413-PHX-SRB<br><br>**ORDER** |

Pursuant to the stipulation between the parties and the U.S. Supreme Court's ruling in *Arizona v. United States*, 132 S. Ct. 2492 (2012),

**IT IS ORDERED** that the preliminary injunction of Section 2(B) of S.B. 1070 (as amended by House Bill 2162), codified at A.R.S. 11-1051(B), which this Court entered on July 28, 2010, ECF No. 87, is hereby dissolved.

**IT IS FURTHER ORDERED** that Sections 3 (A.R.S. § 13-1509), 5(C) (A.R.S. § 13-2928), and 6 (A.R.S. § 13-3883) of S.B. 1070 are hereby permanently enjoined.

Dated this 18th day of September, 2012.

_____
Susan R. Bolton
United States District Judge