STUART F. DELERY
Principal Deputy Assistant Attorney General
JOHN S. LEONARDO
United States Attorney
ARTHUR R. GOLDBERG
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044
Telephone:    (202) 514-3495
Facsimile:     (202) 616-8470
E-mail:           scott.simpson@usdoj.gov
COUNSEL FOR PLAINTIFF
UNITED STATES OF AMERICA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The United States of America, | No. 2:10-cv-1413-SRB |
| Plaintiff, | |
| v. | *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT |
| The State of Arizona; and Janice K. Brewer, Governor of the State of Arizona, in her Official Capacity, | |
| | (First Request) |
| Defendants. | |

The plaintiff United States of America, by its undersigned counsel, hereby respectfully requests an extension of time for the parties to file the status report required by the Court's Order of February 7, 2013 (Doc. 183).

1. The Order of February 7, 2013, requires the parties to file a status report by February 19, 2013, "advising the Court of what claims remain and a proposed schedule

for further proceedings in this case" (Doc. 183).

2. Undersigned counsel for the United States will be on official travel from February 14 through February 16, and on long-planned personal travel from February 17 through February 25. Also, the United States requires additional time to determine its position regarding the most appropriate approach to the remaining claims in this action.

Accordingly, the plaintiff United States of America respectfully requests that the deadline for the status report required by Court's Order of February 7, 2013, be extended by twenty-one days, until March 12, 2013.

Pursuant to Local Rule 7.3, undersigned counsel for the United States has conferred regarding this motion with counsel for the defendants, who indicated that defendants have no objection to the relief requested herein.

An appropriate proposed order accompanies this motion.

Dated: February 13, 2013

    Respectfully submitted,

    STUART F. DELERY
    Principal Deputy Assistant Attorney General

    JOHN S. LEONARDO
    United States Attorney

    ARTHUR R. GOLDBERG
    Assistant Director

    s/ W. Scott Simpson

    W. SCOTT SIMPSON (Va. Bar #27487)
    Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Telephone: (202) 514-3495
Facsimile: (202) 616-8470
E-mail: scott.simpson@usdoj.gov

COUNSEL FOR PLAINTIFF
UNITED STATES OF AMERICA

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

s/ W. Scott Simpson
_____
W. SCOTT SIMPSON