# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The United States of America,<br><br>Plaintiff,<br><br>v.<br><br>The State of Arizona; and Janice K. Brewer, Governor of the State of Arizona, in her Official Capacity,<br><br>Defendants. | No. 2:10-cv-01413-SRB<br><br>**ORDER** |

Upon consideration of Plaintiff's Motion for Partial Judgment on the Pleadings (Doc. 202) and of all materials submitted in relation thereto,

IT IS ORDERED that A.R.S. § 13-2319, as amended by Section 4 of S.B. 1070, is declared PREEMPTED by federal law,

AND IT IS ORDERED that judgment on the pleadings be entered against the State of Arizona and its officers, agents, and employees, permanently enjoining the enforcement of A.R.S. § 13-2319, as amended.