Mark Brnovich (#014134)
Attorney General
John R. Lopez, IV (#019182)
Solicitor General
Michael Tryon (#003109)
Senior Litigation Counsel
1275 West Washington Street
Phoenix, AZ 85007-2926
Telephone: (602) 542-5025
mark.brnovich@azag.gov
john.lopez@azag.gov
michael.tryon@azag.gov

*Attorneys for Defendant State of Arizona*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| The United States of America, | No. 2:10-cv-1413-SRB |
| Plaintiff, | |
| v. | **NOTICE OF APEAL** |
| The State of Arizona; and Janice K. Brewer, Governor of the State of Arizona, in her Official Capacity, | |
| Defendants. | |

Notice is hereby given that the Defendant, State of Arizona, hereby appeals to the United States Court of Appeals for the 9th Circuit from the final judgment entered on November 7, 2014 (Doc. 215) wherein U.S. District Court Judge Susan R. Bolton granted the United States' Motion for Partial Judgment on the Pleadings and declared A.R.S. § 13-2319, as amended by Section 4 of S.B. 1070, was both field and conflict preempted by federal law and permanently enjoined the statute. The State of Arizona also appeals from any and all other orders encompassed in the District Court's final judgment.

. . .

. . .

DATED this 6th day of January, 2015.

Mark Brnovich
Attorney General

/s/ Michael Tryon
Michael Tryon
John R. Lopez, IV
*Attorneys for the Defendant State of Arizona*

## CERTIFICATE OF SERVICE

I certify that on January 6, 2015, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

/s/ Michael Tryon

#4281019