FILED

APR 06 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

15-UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>STATE OF ARIZONA and JANICE K. BREWER, Governor of the State of Arizona, in her official capacity,<br><br>        Defendants - Appellants. | No. 15-15014<br><br>D.C. No. 2:10-cv-01413-SRB<br>District of Arizona,<br>Phoenix<br><br><br>ORDER |

    Appellant's motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

    A copy of this order shall serve as and for the mandate of this court.

                          FOR THE COURT


                          By: Stephen Liacouras
                          Circuit Mediator

SL/Mediation