

**15-15014 USA v. State of Arizona, et al "Dispositive Clerk Order Filed "**

ca9_ecfnoticing    to:     04/06/2015 11:55 AM

From: ca9_ecfnoticing@ca9.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

Notice of Docket Activity

The following transaction was entered on 04/06/2015 at 11:54:41 AM PDT and filed on 04/06/2015

Case Name: USA v. State of Arizona, et al
Case Number: 15-15014
Document(s): Document(s)

Docket Text:
Filed order (Deputy Clerk: SL): Appellant's motion to dismiss this appeal is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal. A copy of this order shall serve as and for the mandate of this court. [9484802] (AF)

Notice will be electronically mailed to:

Joseph G. Adams
Honorable Susan R. Bolton, District Judge
John Bouma, Attorney
Ms. Varu Chilakamarri
Mr. Robert Arthur Henry, Attorney
Mr. John Robert Lopez, IV, Solicitor
Mr. Jeffrey Eric Sandberg, Attorney
Mr. Michael Tryon, Assistant Attorney General
USDC, Phoenix

Mr. Edwin Smiley Kneedler (daily summary)

Case participants listed below will not receive this electronic notice:

W. Scott Simpson, Attorney
DOJ - U.S. DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 883
Washington, DC 20044

The following document(s) are associated with this transaction:
Document Description: Main Document
Original Filename: 15-15014.pdf
Electronic Document Stamp:
[STAMP acecfStamp_ID=1106763461 [Date=04/06/2015] [FileNumber=9484802-0]
[9b19f699e451e73050eab9a0f010339c9279df4eb37090e6787c7bad4c25f3f57473e3ad74548cb4fd6bc3
6a76041940485edbef588d41995866aa305f8f0617]]


The following information is for the use of court personnel:


DOCKET ENTRY ID: 9484802
RELIEF(S) DOCKETED:
   motion to dismiss the case voluntarily pursuant to rule 42b
   to issue mandate (for dispositive orders which act as mandate only)
DOCKET PART(S) ADDED: 10653395, 10651374, 10651375, 10653396, 10653397